(March 31, 1943.)

BECKWITH HAVENS, Respondent, v. ROCHESTER ROPES, INC., Appellant.— Present — Close, P. J., Hagarty, Johnston, Taylor and Lewis, JJ.

In the Matter of RAYMOND J. ROTH for Admission to Practice as an Attorney and Counselor at Law. (From the State of Illinois.) — Present — Close, P. J., Hagarty, Johnston, Taylor and Lewis, JJ.

JOHN E. KEILLY, Appellant, v. SAMUEL D. SCHAMAROCK, Respondent.— Close, P. J., Carswell, Johnston, Adel and Lewis, JJ., concur.

## THIRD DEPARTMENT, MARCH, 1943.
### (March 1, 1943.)

THE PEOPLE OF THE STATE OF NEW YORK ex rel. FRANK BLASZAK, Appellant, against BLAKELY R. WEBSTER, as Superintendent of Dannemora State Hospital, Respondent.— All concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. MATTHEW R. BRALEY, Appellant, against WALTER B. MARTIN, as Warden of Clinton Prison, Respondent.— All concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. GEORGE CONKLIN, Relator, against BLAKELY R. WEBSTER, as Superintendent of Dannemora State Hospital, Respondent.— All concur.

In the Matter of the Claim of WILLIAM E. DOUGHERTY, Appellant.— All concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. HACKETT MARSHALL, Appellant, against BLAKELY R. WEBSTER, as Superintendent of Dannemora State Hospital, Respondent.— All concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GRADIE RAY, Appellant.— All concur.

### (March 3, 1943.)

EDWARD BARTON, Respondent, v. FRANK J. RACE et al., Appellants.— All concur.

In the Matter of the Claim of ROSA BOEST, Appellant, against 1318 KINGS HIGHWAY CORPORATION et al., Respondents. STATE INDUSTRIAL BOARD, Respondent.— All concur.